# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

| Case No. | 2:24-cr-00153-WLH-1 | Date | 10/21/2024 |
|---|---|---|---|

**Present: The Honorable** WESLEY L. HSU, UNITED STATES DISTRICT JUDGE

**Interpreter** N/A

| Holidae Crawford | Laura Elias | Matthew Tang<br>Billy Joe McClain |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Antrell Dwayne Maeshack, Sr. | √ | √ | | Lauren Ashley Noriega | √ | | √ |

**PROCEEDINGS:** DEFENDANT'S MOTION IN LIMINE FOR EVIDENCE SUPPRESSION [39] (HELD AND COMPLETED)

The matter is called and counsel state their appearances.

The Court states its tentative views that it is inclined to deny Defendant's Motion in Limine for Evidence Suppression (the "Motion"). Court questions counsel as stated in court and on the record on above motion and invites counsel to present their oral arguments. Arguments by counsel are heard.

The Court having carefully considered the papers and the evidence submitted by the parties, and having heard the oral argument of counsel, hereby DENIES the motion for the reasons stated on the record.

Court sets a Change of Plea hearing for November 1, 2024 at 9:00 a.m. The Court vacates all dates except the trial date. The Trial remains set for November 12, 2024 at 9:00 a.m.

IT IS SO ORDERED.

cc: PSA, USM

: 26

Initials of Deputy Clerk   HC